# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 21-196 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Charles Randall Sorensen, | |
| Defendant. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 23, 2023 (ECF No. 62), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Suppression of Evidence, ECF No. 50, is **DENIED**.

2. Defendant's Motion for Suppression of Evidence – Search Warrants, ECF No. 53:

    a. With respect to the search warrant for Defendant's residence, No. 21-mj-144 (ECW), is **DENIED**;

    b. With respect to the search warrant for Defendant's Google account, No. 21-mj-170 (HB), is **DENIED**; and

    c. With respect to the search warrant for Defendant's cryptocurrency account, No. 21-mj-362 (TNL), is **DENIED AS MOOT**.

3. Defendant's Motion to Dismiss Indictment, ECF No. 52, is **DENIED**.

Date: April 11, 2023

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota